**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Washington Mutual Bank
and Long Beach Mortgage Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT R. SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, FIRST CALIFORNIA TITLE, BERT COKER, an individual, JOEL ATWATER, an individual, MICHELE ROBERTS, an individual and DOES 1-50,<br><br>Defendants. | Case No. C 05-04990 MMC<br><br>[Assigned to the Honorable Maxine M. Chesney]<br><br>Complaint Filed: December 2, 2005<br><br>**STIPULATION TO CONTINUE DATES FOR JOINT STIPULATION FOR ADR, INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br>Trial Date: Not set. |

It is hereby agreed by and between plaintiff Judy Whitworth and defendants Long Beach Mortgage Company, Washington Mutual Bank, Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker (collectively, the "defendants"), through their undersigned counsel, that a continuance of the dates for filing the Joint ADR Certification with Stipulation to ADR process, completing initial disclosures, filing case management statement/rule 26(f) report, and the case management conference is necessary because:

(i) Plaintiff is in the process of completing service of the complaint on all seven defendants.

(ii) All parties have not yet appeared in the case. Only defendants Long Beach Mortgage Company and Washington Mutual Bank have responded to the Complaint. The last day for defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker to respond to the Complaint is March 14, 2006.

(iii) The scheduled deadlines for filing the Joint ADR Certification with Stipulation to ADR process, completing initial disclosures, filing case management statement/rule 26(f) report, and the case management conference cannot be complied with given that plaintiffs is in the process of completing service of the complaint on all parties and not all parties have appeared.

(iv) Defendants Long Beach Mortgage Company and Washington Mutual Bank have filed an Administrative Motion for an order that this case be ordered related to two other cases pending currently in the United States District Court for Northern District of California, namely, *Whitworth v. Fidelity Mortgage Company, et al.*, case number C 05 4725 MEJ and *Garcia v. Fidelity Mortgage Company, et al.*, case number C-05 05144 SC.

Accordingly, plaintiff and defendants stipulate to the following:

May 2, 2006   Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan

May 2, 2006   Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

469751.1                                           1
STIPULATION TO CONTINUE DATES FOR JOINT STIPULATION FOR ADR, INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE

1  May 16, 2006 Last day to complete initial disclosures or state objection in Rule 26(f)
2  Report, file/serve Case Management Statement, and file/serve Rule 26(f)
3  Report
4  May 23, 2006 Case Management Conference in Ctrm B, 15th Floor at 10:00 a.m.
5  Alternatively, if this court, the *Whitworth* court, or the *Garcia* court finds that the
6  cases are related, plaintiff and defendants agree that they will submit to the schedule set by the
7  deciding court for the above events.
8  There have been no prior modifications of any court-ordered date.
9  The above-requested schedule will not adversely affect the schedule of this case.
10  IT IS SO STIPULATED.
11  DATED: March 16, 2006                LAW OFFICES OF ROBERT F. KANE
12
13                                        By: /s/ Robert F. Kane
                                              Robert F. Kane
                                              Attorneys for Plaintiff Judy Whitworth
14
15  DATED: March ___, 2006              GOFORTH & LUCAS
16
17                                        By: _____
                                              Christopher Robin Lucas
                                              Attorneys for Defendants Fidelity Mortgage
18                                            Company, Pacific Home Brokers, and Bert Coker
19  DATED: March ___, 2006              MUSICK, PEELER & GARRETT LLP
20
21                                        By: _____
                                              Catherine M. Lee
22                                            Attorneys for Defendants Long Beach Mortgage
                                              Company and Washington Mutual Bank
23
24                                        **ORDER**
25
26              PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
27  DATED: March ___, 2006              _____
                                        JUDGE OF THE UNITED STATES DISTRICT
28                                      COURT

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

469751.1
2
STIPULATION TO CONTINUE DATES FOR JOINT STIPULATION FOR ADR, INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | May 16, 2006  Last day to complete initial disclosures or state objection in Rule 26(f) |
| 2 | Report, file/serve Case Management Statement, and file/serve Rule 26(f) |
| 3 | Report |
| 4 | May 23, 2006  Case Management Conference in Ctrm B, 15th Floor at 10:00 a.m. |

Alternatively, if this court, the *Whitworth* court, or the *Garcia* court finds that the cases are related, plaintiff and defendants agree that they will submit to the schedule set by the deciding court for the above events.

There have been no prior modifications of any court-ordered date.

The above-requested schedule will not adversely affect the schedule of this case.

IT IS SO STIPULATED.

DATED: March ___, 2006                LAW OFFICES OF ROBERT F. KANE


                                      By: _____
                                          Robert F. Kane
                                          Attorneys for Plaintiff Judy Whitworth

DATED: March 15, 2006                 GOFORTH & LUCAS


                                      By: _____
                                          Christopher Robin Lucas
                                          Attorneys for Defendants Fidelity Mortgage
                                          Company, Pacific Home Brokers, and Bert Coker

DATED: March ___, 2006                MUSICK, PEELER & GARRETT LLP


                                      By: _____
                                          Catherine M. Lee
                                          Attorneys for Defendants Long Beach Mortgage
                                          Company and Washington Mutual Bank

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: March ___, 2006

                                      _____
                                      JUDGE OF THE UNITED STATES DISTRICT COURT

1  May 16, 2006  Last day to complete initial disclosures or state objection in Rule 26(f)
2  Report, file/serve Case Management Statement, and file/serve Rule 26(f)
3  Report
4  May 23, 2006  Case Management Conference in Ctrm B, 15th Floor at 10:00 a.m.

Alternatively, if this court, the *Whitworth* court, or the *Garcia* court finds that the cases are related, plaintiff and defendants agree that they will submit to the schedule set by the deciding court for the above events.

There have been no prior modifications of any court-ordered date.

The above-requested schedule will not adversely affect the schedule of this case.

IT IS SO STIPULATED.

DATED: March ___, 2006        LAW OFFICES OF ROBERT F. KANE


By: _____
Robert F. Kane
Attorneys for Plaintiff Judy Whitworth

DATED: March ___, 2006        GOFORTH & LUCAS


By: _____
Christopher Robin Lucas
Attorneys for Defendants Fidelity Mortgage
Company, Pacific Home Brokers, and Bert Coker

DATED: March 16, 2006         MUSICK, PEELER & GARRETT LLP


By: _____
Catherine M. Lee
Attorneys for Defendants Long Beach Mortgage
Company and Washington Mutual Bank

### ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED, with the exception that the Case Management Conference shall be conducted May 26, 2006, at 10:30.

DATED: March 21, 2006         _____
JUDGE OF THE UNITED STATES DISTRICT COURT

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

469751.1
2
STIPULATION TO CONTINUE DATES FOR JOINT STIPULATION FOR ADR, INITIAL DISCLOSURES, FILING CASE MANAGEMENT STATEMENT/RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE