```
 1  ROBERT F. KANE, ESQ. (SBN 71407)
    LAW OFFICES OF ROBERT F. KANE
 2  870 Market Street, Suite 1128
    San Francisco, CA 94102
 3
 4  Attorneys for Plaintiffs
    MICHAEL GARCIA and
 5  COURTNEY GARCIA
    SCOTT R. SANDERS
 6  JUDITH WHITWORTH
 7
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-5144 MEJ <br><br> **STIPULATION AND** [PROPOSED] **ORDER SELECTING ADR PROCESS** |
| SCOTT R. SANDERS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-4990 MEJ |
| JUDITH WHITWORTH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-4725 MEJ |

11653.1

1  The undersigned parties or their counsel report that they have met and conferred regarding
2  ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process with respect to these related
4  cases:
5  Court Processes:
6  X   Mediation (ADR L.R. 6.)
7  Pursuant to the Court's order, the parties agree to hold the ADR session by August 30,
8  2006.

9
10 Dated: _____        LAW OFFICES OF ROBERT F. KANE
11
12                               By_____
                                    ROBERT F. KANE
13                                  Attorneys for Plaintiffs
                                    MICHAEL GARCIA and COURTNEY GARCIA,
14                                  SCOTT R. SANDERS and JUDITH WHITWORTH
15
16 Dated: _____        _____
17                               JOEL ATWATER, In Pro Per
18 Dated: 6-15-06                _____
19                               SCOTT TUCKES, In Pro Per
20
   Dated: _____        _____
21                               MICHELE ROBERTS, In Pro Per
22
23 Dated: _____        GOFORTH & LUCAS
24
25                               By_____
                                    CHRISTOPHER LUCAS
                                    Attorneys for Defendants
26                                  FIDELITY MORTGAGE COMPANY,
                                    PACIFIC HOME BROKERS and
27                                  BERT COKER
28

31653.1
                                        2                     STIPULATION AND [PROPOSED] ORDER
                                                              SELECTING ADR PROCESS

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process with respect to these related cases:

Court Processes:

X   Mediation (ADR L.R. 6.)

Pursuant to the Court's order, the parties agree to hold the ADR session by August 30, 2006.

Dated:                      LAW OFFICES OF ROBERT F. KANE

By_____
  ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA,
SCOTT R. SANDERS and JUDITH WHITWORTH

Dated:

_____
JOEL ATWATER, In Pro Per

Dated:

_____
SCOTT TUCKES, In Pro Per

Dated:

_____
MICHELE ROBERTS, In Pro Per

Dated:                      GOFORTH & LUCAS

By_____
  CHRISTOPHER LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

31653.1

2                     STIPULATION AND [PROPOSED] ORDER
                      SELECTING ADR PROCESS

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process with respect to these related cases:

Court Processes:

   X    Mediation (ADR L.R. 6.)

Pursuant to the Court's order, the parties agree to hold the ADR session by August 30, 2006.

Dated:                               LAW OFFICES OF ROBERT F. KANE

By_____
ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA,
SCOTT R. SANDERS and JUDITH WHITWORTH

Dated:

_____
JOEL ATWATER, In Pro Per

Dated:

_____
SCOTT TUCKES, In Pro Per

Dated:

_____
MICHELE ROBERTS, In Pro Per

Dated: 6-12-06               GOFORTH & LUCAS

By_____
CHRISTOPHER LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

81653.1

2                         STIPULATION AND [PROPOSED] ORDER
                            SELECTING ADR PROCESS

1  Plaintiffs Michael Garcia and Courtney Garcia and Scott R. Sanders and defendant
2  First California Title Company also have met and conferred regarding ADR and have
3  reached the following stipulation pursuant to Civil. L.R. 16-8 and ADR L.R. 3-5:
4  The parties agree to participate in the following ADR process with respect to these
5  related cases:
6  Court Processes:
7  X   Mediation (ADR L.R. 6.)
8  Pursuant to the Court's order, the parties agree to hold the ADR session by August
9  30, 2006.

10  Dated: June 15, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
SCOTT A. SOMMER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By _____
Attorneys for Defendant
FIRST CALIFORNIA TITLE COMPANY

17  Dated: June 26, 2006.

LAW OFFICES OF ROBERT F. KANE
ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

By _____
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY
GARCIA and SCOTT R. SANDERS

| | |
|---|---|
| Dated: May 31, 2006 | MUSICK, PEELER & GARRETT LLP |
| | By _____ |
| | CATHERINE M. LEE |
| | Attorneys for Defendants |
| | LONG BEACH MORTGAGE COMPANY and WASHINGTON MUTUAL BANK |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matters are hereby referred to mediation. Said mediation shall be performed by August 30, 2006.

IT IS SO ORDERED.

Dated: August 1, 2006

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Maria-Elena James]*

31653.1