1  ROBERT F. KANE, ESQ. (SBN 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA  94102
3
4  Attorneys for Plaintiffs
   MICHAEL GARCIA and
5  COURTNEY GARCIA
   SCOTT R. SANDERS
6  JUDITH WHITWORTH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al., <br> Plaintiffs, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-5144 MEJ |
| SCOTT R. SANDERS, an individual, <br> Plaintiff, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-4990 MEJ |
| JUDITH WHITWORTH, an individual, <br> Plaintiff, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-4725 MEJ <br> STIPULATION AND [~~PROPOSED~~] ORDER RE MEDIATION AND CASE MANAGEMENT CONFERENCE |

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 6-5:

1

STIPULATION AND [~~PROPOSED~~] ORDER
RE MEDIATION

09/13/2006  14:59  9256822353  GOFORTH LUCAS  PAGE 02/03
09/11/2006  16:41  4159825821  PAGE 05/06

1  Due to the number of parties and the mediator's schedule, the parties have agreed to
2  mediate this matter on December 5, 2006 and accordingly request an extension of the court
3  deadline of September 28, 2006 to complete mediation.
4  As a result of the foregoing, the parties further request that the case management
5  conference which is currently set for September 28, 2006, be continued to after the December 5,
6  2006 mediation.
7
8  Dated: 9/25/06           LAW OFFICES OF ROBERT F. KANE
                            Attorneys for Plaintiffs
9                           MICHAEL GARCIA and COURTNEY GARCIA

10                          By _____
11                             ROBERT F. KANE

12

13  Dated: _____   _____
14                           JOEL ATWATER, In Pro Per

15  Dated: _____   _____
16                           SCOTT TUCKES, In Pro Per

17  Dated: _____   _____
18                           MICHELE ROBERTS, In Pro Per

19
20  Dated: 9/13/06           GOFORTH & LUCAS
                            Attorneys for Defendants
21                          FIDELITY MORTGAGE COMPANY,
                            PACIFIC HOME BROKERS and
22                          BERT COKER
23
24                          By _____
                               CHRISTOPHER LUCAS
25
26
27
28

2                           STIPULATION AND [PROPOSED] ORDER
                            RE MEDIATION

11
12
13                              [PROPOSED] ORDER
14
15      Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006
16   and the Case Management Conference is continued to _____ at _____.
17   IT IS SO ORDERED.
18
19   Dated:_____            _____
20                                              UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

Due to the number of parties and the mediator's schedule, the parties have agreed to mediate this matter on December 5, 2006 and accordingly request an extension of the court deadline of September 28, 2006 to complete mediation.

As a result of the foregoing, the parties further request that the case management conference which is currently set for September 28, 2006, be continued to after the December 5, 2006 mediation.

Dated:

    LAW OFFICES OF ROBERT F. KANE
    Attorneys for Plaintiffs
    MICHAEL GARCIA and COURTNEY GARCIA

    By_____
    ROBERT F. KANE

Dated: 9/25/06

    _____
    JOEL ATWATER, In Pro Per

Dated:

    _____
    SCOTT TUCKES, In Pro Per

Dated:

    _____
    MICHELE ROBERTS, In Pro Per

Dated:

    GOFORTH & LUCAS
    Attorneys for Defendants
    FIDELITY MORTGAGE COMPANY,
    PACIFIC HOME BROKERS and
    BERT COKER

    By_____
    CHRISTOPHER LUCAS

|   |   |
|---|---|
| 1 | Due to the number of parties and the mediator's schedule, the parties have agreed to mediate this matter on December 5, 2006 and accordingly request an extension of the court deadline of September 28, 2006 to complete mediation. |

Due to the number of parties and the mediator's schedule, the parties have agreed to mediate this matter on December 5, 2006 and accordingly request an extension of the court deadline of September 28, 2006 to complete mediation.

As a result of the foregoing, the parties further request that the case management conference which is currently set for September 28, 2006, be continued to after the December 5, 2006 mediation.

Dated:                LAW OFFICES OF ROBERT F. KANE
                            Attorneys for Plaintiffs
                            MICHAEL GARCIA and COURTNEY GARCIA

By_____
ROBERT F. KANE

Dated: _____
JOEL ATWATER, In Pro Per

Dated: 9-19-06 _____
SCOTT TUCKES, In Pro Per

Dated: _____
MICHELE ROBERTS, In Pro Per

Dated:                GOFORTH & LUCAS
                            Attorneys for Defendants
                            FIDELITY MORTGAGE COMPANY, PACIFIC HOME BROKERS and BERT COKER

By_____
CHRISTOPHER LUCAS

Due to the number of parties and the mediator's schedule, the parties have agreed to mediate this matter on December 5, 2006 and accordingly request an extension of the court deadline of September 28, 2006 to complete mediation.

As a result of the foregoing, the parties further request that the case management conference which is currently set for September 28, 2006, be continued to after the December 5, 2006 mediation.

Dated:                              LAW OFFICES OF ROBERT F. KANE
                                    Attorneys for Plaintiffs
                                    MICHAEL GARCIA and COURTNEY GARCIA

                                    By_____
                                        ROBERT F. KANE

Dated:
                                    _____
                                    JOEL ATWATER, In Pro Per

Dated:
                                    SCOTT TUCKES, In Pro Per

Dated: 9/19/06
                                    _____
                                    MICHELE ROBERTS, In Pro Per

Dated:                              GOFORTH & LUCAS
                                    Attorneys for Defendants
                                    FIDELITY MORTGAGE COMPANY,
                                    PACIFIC HOME BROKERS and
                                    BERT COKER

                                    By_____
                                        CHRISTOPHER LUCAS

                                    2          STIPULATION AND [PROPOSED] ORDER
                                                               RE MEDIATION

| | |
|---|---|
| Dated: September 11, 2006 | MUSICK, PEELER & GARRETT LLP<br>Attorneys for Defendants<br>LONG BEACH MORTGAGE COMPANY and<br>WASHINGTON MUTUAL BANK<br><br>By _____<br>CATHERINE M. LEE |
| Dated: | PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>Attorneys for Defendant<br>FIRST CALIFORNIA TITLE<br><br>By _____<br>SCOTT SOMMER |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006 and the Case Management Conference is continued to _____ at _____.

IT IS SO ORDERED.

Dated: _____              _____
                                          UNITED STATES MAGISTRATE JUDGE

```
 1  Dated:                          MUSICK, PEELER & GARRETT LLP
 2                                  Attorneys for Defendants
                                    LONG BEACH MORTGAGE COMPANY and
 3                                  WASHINGTON MUTUAL BANK
 4
 5                                  By_____
                                       CATHERINE M. LEE
 6
 7  Dated: September 19, 2006       PILLSBURY WINTHROP SHAW
                                    PITTMAN LLP
 8                                  Attorneys for Defendant
                                    FIRST CALIFORNIA TITLE
 9
10
                                    By_____
11                                     SCOTT SOMMER
12
13                              [PROPOSED] ORDER
14
15      Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006
16  and the Case Management Conference is continued to _____ at _____.
17  IT IS SO ORDERED.
18
19  Dated: _____            _____
                                         UNITED STATES MAGISTRATE JUDGE
20
```

The parties are ordered to submit a joint case managment statement upon completion of mediation.

The case management conference scheduled for September 28, 2006, is hereby vacated.

IT IS SO ORDERED.

September 27, 2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

STIPULATION AND [PROPOSED] ORDER RE MEDIATION