Scott Edward Cole, Esq. (S.B. #160744)
Clyde H. Charlton, Esq. (S.B. #127541)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Attorneys for Michele Roberts

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDERS, | Case No.: **C 05-4990 MEJ** |
| Plaintiff, | |
| vs. | **AMENDED [PROPOSED] ORDER RE: MEDIATION** |
| FIDELITY MORTGAGE, et al, | |
| Defendants. | |

Good cause appearing,

**IT IS HEREBY ORDERED** that:

Defendant, Michele Roberts, is permitted to attend the December 5, 2006 mediation by phone and is excused from attending after 2:00 p.m.

Dated: November __20__, 2006

/s/ Wayne D. Brazil

_____
Magistrate Judge Wayne D. Brazil