**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA et. al., | No. C-05-5144 MEJ |
| Plaintiff, | |
| vs. | |
| FIDELITY MORTGAGE COMPANY, et al., | |
| Defendants. | |
| SCOTT R. SANDERS, an individual, | |
| Plaintiff | No. C-05-4990 MEJ |
| vs. | |
| FIDELITY MORTGAGE COMPANY, et al. | |
| Defendants | |
| JUDITH WHITWORTH, an individual, plaintiff, | |
| vs. | No. C-05-4725 MEJ |
| FIDELITY MORTGAGE COMPANY, et al. | |
| Defendants | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court hereby sets the Case Management Conference in this matter for February 8, 2007, at 10:00 A.M., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge