**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

SCOTT R. SANDERS,                              No. C-O5-4990 MEJ

              Plaintiff,          **ORDER GRANTING DEFENDANT**
                                               **MICHELLE ROBERTS' REQUEST TO**
  vs.                                          **ATTEND CASE MANAGEMENT**
                                               **CONFERENCE BY TELEPHONE**
FIDELITY MORTGAGE COMPANY, et al.,

            Defendants.
_____/

16

17       On January 12, 2007, Defendant Michelle Roberts file her request to attend the February 8,

18  2007 Case Management Conference telephonically. The Court hereby grants her request.

19

20       **IT IS SO ORDERED.**

21

22  Dated: January 19, 2007          _____
                                     MARIA-ELENA JAMES
23                                   United States Magistrate Judge

24

25

26

27

28