UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT R. SANDERS | ) | |
| Plaintiff(s), | ) | No. C05-4990 MEJ (BZ) |
| v. | ) | **NOTICE OF RECUSAL** |
| FIDELITY MORTGAGE CO., et al., | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: March 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MISC\SCOTT.RECUSAL.wpd

1