1  | MUSICK, PEELER & GARRETT LLP
   | ATTORNEYS AT LAW
2  | 120 MONTGOMERY STREET, SUITE 2550
   | SAN FRANCISCO, CALIFORNIA 94104-4303
   | TELEPHONE 415-281-2024
3  | FACSIMILE 415-281-2010

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

WASHINGTON MUTUAL BANK
Richard B. Davis, Esq. (State Bar No. 89306)
Office of the General Counsel
9200 Oakdale, N110701
Chatsworth, CA  91311
Tel: (818) 775-2636
Fax: (818) 349-2734

Attorneys for Defendants Long Beach Mortgage Company and Washington Mutual Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH WHITWORTH,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FIDELITY MORTGAGE COMPANY, et al.<br><br>            Defendants. | Case No. C 05 4725 MEJ  (EMC)<br><br>**STIPULATION REGARDING DATE OF SETTLEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Trial Date:  March 10, 2008<br><br><u>RELATED TO:</u> |
| MICHAEL GARCIA and<br>COURTNEY GARCIA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FIDELITY MORTGAGE COMPANY, et al.<br><br>            Defendants. | Case No. C 05 5144 MEJ  (EMC) |
| SCOTT R. SANDERS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FIDELITY MORTGAGE COMPANY, et al.<br><br>            Defendants. | Case No. C 05 4990 MEJ  (EMC) |

527491.1

**STIPULATION AND ORDER REGARDING DATE OF SETTLEMENT CONFERENCE**

Plaintiffs Michael Garcia, Courtney Garcia, Scott R. Sanders, and Judith Whitworth and defendants Fidelity Mortgage Company, Pacific Home Brokers, Bert Coker, Michele Roberts, Long Beach Mortgage Company, Washington Mutual Bank, and First California Title Company (collectively, the "Parties"), by and through their respective undersigned counsel, hereby agree as follows:

1. Due to the unavailability of counsel for plaintiff, Long Beach Mortgage Company, and Washington Mutual Bank on the scheduled date of August 14, 2007, the date of the Settlement Conference before Magistrate Edward M. Chen shall be changed to **July 27, 2007 at 9:30 a.m.**

2. Settlement Conference statements shall be lodged with Judge Chen's chambers by **4:00 p.m. on July 13, 2007.** Although this case is an electronic filing case, the statements shall be lodged by hard copy only and should not be electronically filed.

3. All other provisions of the Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

IT IS SO STIPULATED.

DATED: April 5, 2007

Respectfully submitted,

LAW OFFICES OF ROBERT F. KANE

By: _____
Robert F. Kane
Attorneys for Plaintiffs

DATED: April __, 2007

LAW OFFICES OF GOFORTH & LUCAS

By: _____
Michael Goforth
Attorneys for Defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

527491.1

STIPULATION AND ORDER REGARDING DATE OF ST...
1

| | |
|---|---|
| 1 | Plaintiffs Michael Garcia, Courtney Garcia, Scott R. Sanders, and Judith Whitworth and defendants Fidelity Mortgage Company, Pacific Home Brokers, Bert Coker, Michele Roberts, Long Beach Mortgage Company, Washington Mutual Bank, and First California Title Company (collectively, the "Parties"), by and through their respective undersigned counsel, hereby agree as follows: |

1. Due to the unavailability of counsel for plaintiff, Long Beach Mortgage Company, and Washington Mutual Bank on the scheduled date of August 14, 2007, the date of the Settlement Conference before Magistrate Edward M. Chen shall be changed to **July 27, 2007 at 9:30 a.m.**

2. Settlement Conference statements shall be lodged with Judge Chen's chambers by 4:00 p.m. on July 13, 2007. Although this case is an electronic filing case, the statements shall be lodged by hard copy only and should not be electronically filed.

3. All other provisions of the Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

IT IS SO STIPULATED.

DATED: April __, 2007          Respectfully submitted,

                               LAW OFFICES OF ROBERT F. KANE

                               By: _____
                                   Robert F. Kane
                                   Attorneys for Plaintiffs

DATED: April 5, 2007           LAW OFFICES OF GOFORTH & LUCAS

                               By: _____
                                   Michael Goforth
                                   Attorneys for Defendants Fidelity Mortgage
                                   Company, Pacific Home Brokers, and Bert Coker

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

527491.1                                    1
STIPULATION AND ORDER REGARDING DATE OF SETTLEMENT CONFERENCE

```
 1  DATED: April __, 2007
 2
 3                                          By: _____
                                                Michele Roberts
 4                                              In Pro Per

 5  DATED: April __, 2007              MUSICK, PEELER & GARRETT LLP
 6

 7                                          By: _____
                                                Catherine M. Lee
 8                                              Attorneys for Defendants Long Beach Mortgage
                                                Company and Washington Mutual Bank
 9

10  DATED: April __, 2007              PILLSBURY WINTHROP SHAW PITTMAN LLP
11

12                                          By: _____
                                                Scott A. Sommer
13                                              Attorneys for Defendant First California Title
                                                Company
14

15                                                  **ORDER**

16      IT IS SO ORDERED.

17

18  Dated: _____April 24_____, 2007
19                                          _____
                                            JUDGE OF THE UNITED STATES
20                                          DISTRICT COURT
```

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
 1 | DATED: April __, 2007
 2 |
 3 |                                              By: _____
 4 |                                                  Michele Roberts
   |                                                  In Pro Per
 5 | DATED: April 5, 2007
 6 |                                              MUSICK, PEELER & GARRETT LLP
 7 |                                              By: _____
 8 |                                                  Catherine M. Lee
   |                                                  Attorneys for Defendants Long Beach Mortgage
 9 |                                                  Company and Washington Mutual Bank
10 | DATED: April 12, 2007                        PILLSBURY WINTHROP SHAW PITTMAN LLP
11 |
12 |                                              By: _____
13 |                                                  Scott A. Sommer
   |                                                  Attorneys for Defendant First California Title
14 |                                                  Company
15 |                                              **ORDER**
16 | IT IS SO ORDERED.
17 |
18 | Dated: _____, 2007
19 |                                              _____
   |                                              JUDGE OF THE UNITED STATES
20 |                                              DISTRICT COURT
```

527491.1

2

STIPULATION AND ORDER REGARDING DATE OF SETTLEMENT CONFERENCE

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | **MUSICK, PEELER & GARRETT LLP** |
| 2 | ATTORNEYS AT LAW<br>120 MONTGOMERY STREET, SUITE 2550<br>SAN FRANCISCO, CALIFORNIA 94104-4303 |
| 3 | TELEPHONE 415-281-2021<br>FACSIMILE 415-281-2010 |

1  
2  
3  
4  Barry D. Hovis (State Bar No. 050782)  
   b.hovis@mpglaw.com  
   Catherine M. Lee (State Bar No. 197197)  
5  c.lee@mpglaw.com  

6  WASHINGTON MUTUAL BANK  
   Richard B. Davis, Esq. (State Bar No. 89306)  
7  richard.b.davis@wamu.net  
   Office of the General Counsel  
8  9200 Oakdale, N110701  
   Chatsworth, CA   91311  
9  Tel:  (818) 775-2636  
   Fax: (818) 349-2734  
10  

Attorneys for Long Beach Mortgage  
11 Company and Washington Mutual Bank  

12  

**UNITED STATES DISTRICT COURT**

13  

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

14  

15  

| | |
|---|---|
| SCOTT R. SANDERS, an individual, | Case No. C 05-04990 MEJ |
| Plaintiff, | [Assigned to The Honorable Magistrate Judge Maria-Elena James, Dept. B |
| vs. | Complaint Filed: December 2, 2005 |
| FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, FIRST CALIFORNIA TITLE, BERT COKER, an individual, JOEL ATWATER, an individual, MICHELE ROBERTS, an individual and DOES 1-50, | **CERTIFICATE OF SERVICE OF STIPULATION REGARDING DATE OF SETTLEMENT CONFERENCE AND PROPOSED ORDER** |
| | Trial Date:         Not set. |
| Defendants. | |

468256.1

1

Certificate of Service

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 120 Montgomery Street, Suite 2550, San Francisco, California 94104-4303.

On April 23, 2007, I served the foregoing document(s) described as

**CERTIFICATE OF SERVICE OF STIPULATION REGARDING DATE OF SETTLEMENT CONFERENCE AND PROPOSED ORDER**

on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** Spincycle Legal Services delivered such envelope by hand to the offices of the addressee.

☐ **BY ELECTRONIC TRANSMISSION.** Pursuant to Local Rule 5.5(b), the document(s) were delivered by electronic transmission.

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at San Francisco, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at San Francisco, California in the ordinary course of business for delivery to the addressee.

Executed on April 23, 2007, at San Francisco, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Linda Belcher

468256.1

**SERVICE LIST**
Scott Sanders v. Fidelity Mortgage Co., Washington Mutual Bank, et al.
USDC, Northern, San Francisco Division, Case No. C 05-04990 MEJ

| | |
|---|---|
| Robert F. Kane, Esq.<br>Law Offices of Robert F. Kane<br>870 Market St., Ste. 1128<br>San Francisco, CA  94102 | For Plaintiff<br>Tel:  415-982-1510<br>Fax:  415-982-5821<br>e-m:  RKane1089@aol.com |
| Christopher Robin Lucas<br>Goforth & Lucas<br>2300 Clayton Rd #1460<br>Concord, CA 94520 | For Defendants Fidelity Mortgage Company, Pacific Home Brokers, and Bert Coker<br>Tel:  925-682-9500<br>Fax:  925-682-2353<br>e-m:  crl@goforthlucas.com |
| Richard B. Davis, Esq.<br>Washington Mutual Bank<br>Office of the General Counsel<br>9200 Oakdale, N110701<br>Chatsworth, CA  91311 | Co-counsel for Long Beach Mortgage Company and Washington Mutual Bank<br>Tel:  818-775-2636<br>Fax:  818-349-2734<br>e-m:  richard.b.davis@wamu.net |
| Scott A. Sommer, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880 | For Defendant First California Title Company<br>Tel:  415 983.1000<br>Fax:  415 983-1200<br>e-m:  scott.sommer@pillsburylaw.com |
| Joel Atwater, In Pro Per<br>P.O. Box 1614<br>Brentwood, CA 94513 | In Pro Per |
| Michele Roberts<br>c/o<br>Scott Cole & Associates<br>1970 Broadway, Suite 950<br>Oakland, CA 94612 | For Defendant Michele Roberts<br>Tel:  (510) 891-9800<br>Fax:  (510) 891-7030<br>e-m:  mbainer@scalaw.com - or -<br>e-m:  mrbainer@scalaw.com |

468256.1