**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDITH WHITWORTH,                              No. C-05-4725 MEJ (EMC)

        Plaintiff,

    v.

FIDELITY MORTGAGE COMPANY, *et al.*,          **ORDER EXCUSING ATTENDANCE AT**
                                               **SETTLEMENT CONFERENCE**

        Defendants.
_____/              <u>RELATED TO</u>

SCOTT R. SANDERS,                              No. C-05-4990 MEJ (EMC)

        Plaintiff,

    v.

FIDELITY MORTGAGE COMPANY, *et al.*,

        Defendants.
_____/

MICHAEL GARCIA, *et al.*,                      No. C-05-5144 MEJ (EMC)

        Plaintiffs,

    v.

FIDELITY MORTGAGE COMPANY, *et al.*,

        Defendants.
_____/

     By letter dated October 18, 2007 to this Court, Defendant MICHELE L. ROBERTS, having

filed for bankruptcy on June 29, 2007 and discharged on October 16, 2007 (*see* Docket No. 70, C-

1 | 05-4990; *see* Docket No. 52, C-05-5144), requested to be excused from personally appearing at the

2 | October 22, 2007 Further Settlement Conference.  No opposition was filed by any party.

3 |      Upon consideration of the request, the Court finds good cause for excusing personal

4 | attendance of Defendant MICHELE L. ROBERTS.

5 |

6 |      IT IS SO ORDERED.

7 |

8 | Dated:  October 18, 2007

9 | _____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2