UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>FIDELITY MORTGAGE COMPANY, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-05-4990 MEJ (EMC)<br><br>**ORDER DENYING REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>**(Docket No. 79)** |

By letter dated January 16, 2008, Defendant FIRST CALIFORNIA TITLE COMPANY, thru its counsel Todd W. Smith, Pillsbury Winthrop Shaw Pittman, requested to be excused from personally appearing at the settlement conference scheduled for February 1, 2008. No opposition was filed by any party.

Upon consideration of the request, the Court **DENIES** the request to excuse personal attendance. Therefore, it is hereby ordered that Defendant FIRST CALIFORNIA TITLE COMPANY appear at the settlement conference in person scheduled on February 1, 2008, at 9:30 a.m., Pacific Time. The representative of Defendant FIRST CALIFORNIA TITLE COMPANY shall have full settlement authority, as specified in this Court's Notice of Settlement Conference and Settlement Conference Order (*see* Docket No. 58).

This order disposes of Docket No. 79

IT IS SO ORDERED.

Dated: January 22, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge