IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, et al., | No. C-05-5144 MEJ |
| Plaintiffs, | Related cases: |
| vs. | No. C-05-4990 MEJ<br>No. C-05-4725 MEJ |
| FIDELITY MORTGAGE COMPANY, et al., | **ORDER REQUESTING STATUS UPDATE** |
| Defendants. | |

On June 20, 2008, Plaintiffs in the above-captioned matter filed a status report, in which Plaintiffs reported that the Bankruptcy Trustee had scheduled a further meeting on July 8, 2008. Since that time, no further status report has been filed. Accordingly, the Court ORDERS the parties to submit a status report by November 21, 2008.

**IT IS SO ORDERED.**

Dated: November 13, 2008

MARIA-ELENA JAMES
United States Magistrate Judge