ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiffs
MICHAEL GARCIA and
COURTNEY GARCIA
SCOTT R. SANDERS
JUDITH WHITWORTH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-5144 MEJ <br><br> **STATUS REPORT** |
| SCOTT R. SANDERS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-4990 MEJ |
| JUDITH WHITWORTH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-4725 MEJ |

Judgments against Bert Coker dba Fidelity Mortgage Company and Pacific Home Brokers

have been obtained in the Bankruptcy court. The only remaining defendant in this matter is Joel Atwater whose default was entered on or about July 24, 2006. Plaintiffs will seek to have this court enter default judgments against him. In this matter Plaintiffs request that this court set a date for a prove up hearing or alternatively allow the matter to proceed by declarations.

                                    Respectfully Submitted,

Dated: January 5, 2009        LAW OFFICES OF ROBERT F. KANE
                                       Attorneys for Plaintiffs
                                       MICHAEL GARCIA, COURTNEY GARCIA
                                       JUDITH WHITWORTH and SCOTT SANDERS

                                         By /s/ Robert F. Kane
                                       ROBERT F. KANE

Plaintiffs shall ensure that dismissals have been or will be filed as to all named Defendants in the above-captioned matters, with the exception of Defendant Joel Atwater. As to Mr. Atwater, Plaintiffs shall file a motion for default judgment pursuant to Civil Local Rule 7.

    IT IS SO ORDERED.

Dated: January 6, 2009



CASE MANAGEMENT CONFERENCE
STATUS REPORT