ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiffs
SCOTT R. SANDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT R. SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY MORTGAGE COMPANY, et al.<br><br>    Defendants. | Case No. C 05-4990 MEJ<br>Related Cases:<br>    No. C05-5144 MEJ<br>    No. C05-4725 MEJ<br><br>**NOTICE OF DISMISSAL OF<br>CERTAIN DEFENDANTS** |

    Plaintiff Scott R. Sanders hereby gives notice that the above-captioned matter be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) against all remaining defendants except defendant Joel Atwater only, whose default was entered on July 24, 2006. Each party to bear their own costs and attorney fees.

Dated: February 27, 2009

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiffs
SCOTT R. SANDERS

By _____
ROBERT F. KANE

*[GRANTED - Judge Maria-Elena James, United States District Court, Northern District of California]*

NOTICE OF DISMISSAL

1