IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SANDERS, et al., | No. C-05-4990 MHP (MEJ) |
| Plaintiffs, | Related cases:<br>No. C-05-4725 MHP (MEJ) |
| vs. | No. C-05-5144 MHP (MEJ) |
| FIDELITY MORTGAGE COMPANY, et al., | **NOTICE OF REFERENCE** |
| Defendants. / | |

The above-captioned case has been referred to the undersigned for the purpose of conducting an evidentiary hearing and submitting a report and recommendation on the amount of damages, attorneys' fees and costs to be awarded. Accordingly, Plaintiffs shall file a motion in compliance with Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: May 27, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge