1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9    SCOTT. R SANDERS,                          No.C-05-4990 MHP
                                                (MEJ)
10               Plaintiff,
                                                **ORDER ADOPTING**
11   vs.                                        **REPORT AND**
                                                **RECOMMENDATION**
12                                              **GRANTING MOTION**
     FIDELITY MORTGAGE COMPANY,                 **FOR DEFAULT**
13   JOEL ATWATER, et al.,                      **JUDGMENT AND**
                                                **JUDGMENT THEREON**
14               Defendant.
     _____/
15

16          This matter was referred to Chief Magistrate Judge Maria-Elena James to conduct an

17   evidentiary hearing for the purposes of determining damages, costs and attorneys' fees and such

18   other relief as may be proper, this court having found that plaintiff was entitled to a default judgment

19   against defendant Atwater.  The referral, pursuant to Federal Rule of Civil Procedure 72(b) and Civil

20   Local Rule 72-3 in accordance with 28 U.S.C. section 636(b)(1)(B) and (C) , requested Judge James

21   to make a Report and Recommendation on these matters.  Judge James filed her Report and

22   Recommendation on January 7, 2010, and no timely objection has been filed.  Therefore, in

23   accordance with the Report and Recommendation,

24          IT IS HEREBY ORDERED AND ADJUDGED that the foregoing Report and

25   Recommendation is adopted in its entirety and default judgment is hereby entered as follows:

26          Plaintiff SCOTT R. SANDERS shall recover from the defendant JOEL ATWATER, the

27   amounts of $76,025.49 as and for compensatory damages with prejudgment and post-judgment

28

**United States District Court**
For the Northern District of California

1  interest thereon at the rate of 0.39 % and $1,313.98 in costs.    Plaintiff's further request for damages,

2  including punitive damages, is denied as recommended by the Chief Magistrate Judge.  Plaintiff's

3  request for punitive damages is further denied because he was afforded by the Chief Magistrate

4  Judge an opportunity to come forward with evidence to support his claim and has failed to do so as

5  of this date, nearly two months later.  Therefore, his claim for punitive damages is denied with

6  prejudice.

7       The Clerk of Court shall close the file.

8

9  Date:  February 25, 2010

10                         MARILYN HALL PATEL
United States District Court Judge
Northern District of California

**United States District Court**
For the Northern District of California

2